# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **Plains Marketing, L.P.** | ) | |
| | ) | |
| **Plaintiff(s)** | ) | |
| | ) | |
| | ) | **Case No. 4:13-cv-00913-RWS** |
| **v.** | ) | |
| | ) | |
| **Doniphan Energy, LLC** | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

## ORDER

On May 14, 2013, due to electronic case opening, the above numbered case was inadvertently opened in error.  This case should have been opened as a miscellaneous case.

**IT IS HEREBY ORDERED** that this case is administratively closed and a new miscellaneous case, 4:13mc00285 ERW, has been opened.

Dated this 30th, day of May 2013

**JAMES G. WOODWARD**
**CLERK OF COURT**

By: __ /s/ Katie Spurgeon __
Deputy In Charge

Please refer to Case No. 4:13-mc-00285-ERW  in all future matters concerning this case.